## LENOIR FINANCE CO. *v.* JOHNSON, COMMISSIONER OF REVENUE OF NORTH CAROLINA.

No. 490.   Decided December 11, 1961.

*W. Frank Taylor* and *Francis H. Fairley* for appellant.

*Thomas Wade Bruton,* Attorney General of North Carolina, and *Lucius W. Pullen, Peyton B. Abbott* and *Charles D. Barham, Jr.,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## HERRON *v.* PORTLAND STAGES, INC., ET AL.

No. 486.   Decided December 11, 1961.

Petitioner *pro se.*

*Kenneth E. Roberts* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.